IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. ELLIS,

      Plaintiff,                    No. CIV S-06-1189 MCE DAD P

   vs.

TOM CAREY, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a complaint seeking relief under the Civil Rights Act, 42 U.S.C. § 1983. Plaintiff filed his complaint in the United States District Court for the Northern District of California on January 31, 2006. The defendants named in the complaint reside in the Eastern District of California, and the events that gave rise to the complaint occurred in the Eastern District. Accordingly, on June 1, 2006, plaintiff's case was transferred to the United States District Court for the Eastern District of California. The proceeding has been referred to the undersigned magistrate judge pursuant to Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

        Plaintiff's complaint was accompanied by an application to proceed in forma pauperis. The Clerk of the Court in the Northern District notified plaintiff of deficiencies in the application. On March 6, 2006, plaintiff submitted a new in forma pauperis application. The

1

1  undersigned finds that the new application makes the showing required by 28 U.S.C. § 1915(a).
2  Plaintiff's application for leave to proceed in forma pauperis will therefore be granted.

3  Plaintiff is required to pay the $350.00 filing fee. See 28 U.S.C. §§ 1914(a) &
4  1915(b)(1). An initial partial filing fee of $.53 will be assessed by this order. See 28 U.S.C.
5  § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial
6  partial filing fee from plaintiff's prison trust account, when funds are available, and to forward
7  the initial partial filing fee to the Clerk of the Court. Thereafter, plaintiff will be obligated for
8  monthly payments of twenty percent of the preceding month's income credited to his prison trust
9  account. These payments must be forwarded by the appropriate agency to the Clerk of the Court
10 each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. See
11 28 U.S.C. § 1915(b)(2).

12 The court is required to screen complaints brought by prisoners seeking relief
13 against a governmental entity, or an officer or employee of a governmental entity. See 28 U.S.C.
14 § 1915A(a). The courts must dismiss claims that are legally "frivolous or malicious," claims that
15 fail to state a claim upon which relief may be granted, and claims that seek monetary relief from
16 a defendant who is immune from such relief. See 28 U.S.C. § 1915A(b)(1) & (2).

17 In the present case, plaintiff is confined in High Desert State Prison. He alleges
18 that his television was damaged and four of his magazines were destroyed after he was placed in
19 administrative segregation at California State Prison - Solano ("CSP - Solano") on November 26,
20 2004. Plaintiff further alleges that his inmate appeal concerning the damage and destruction of
21 his property was not properly processed. The defendants are Tom Carey, the warden of CSP-
22 Solano, and J. Jones, the correctional officer who packed up plaintiff's property on November
23 26, 2004. Plaintiff seeks relief in the form of an order compelling prison officials at CSP-Solano
24 to respond to his inmate appeal and to repair his television or compensate him for the damage to
25 it.
26 /////

The undersigned finds that, liberally construed, plaintiff's complaint appears to state cognizable claims for relief. If plaintiff's allegations are proven, he has a reasonable opportunity to prevail on the merits of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 6, 2006 application to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of $.53. All fees shall be collected and paid in accordance with the court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. The Clerk of the Court is directed to file as a separate document the 19-page complaint previously filed in the United States District Court for the Northern District of California on January 31, 2006; the Northern District case number shall be deleted from the complaint, and the Eastern District case number shall be affixed.

4. Service of the complaint is appropriate for the following defendants: Warden Tom Carey and Correctional Officer J. Jones.

5. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet, and a copy of plaintiff's complaint as filed pursuant to this order.

6. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and shall submit all of the following documents to the court at the same time:

   a. The completed, signed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 4 above; and

   d. Three true and exact copies of the endorsed complaint as filed pursuant to this order.

1         7. Plaintiff shall not attempt service of complaint and summons on the defendants
2 or request a waiver of service of summons. Upon receipt of the above-described documents, the
3 court will direct the United States Marshal to serve the above-named defendants pursuant to
4 Federal Rule of Civil Procedure 4 without payment of costs.
5 DATED: June 6, 2006.

                                    /s/ Dale A. Drozd
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:13
elli1189.1

4

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. ELLIS,

    Plaintiff,                    No. CIV S-06-1189 MCE DAD P

    vs.

TOM CAREY, et al.,             NOTICE OF SUBMISSION

    Defendants.            OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    <u>one</u> completed summons form;

    _____    <u>two</u> completed USM-285 forms; and

    _____    <u>three</u> true and exact copies of the complaint as filed in the United States District Court for the Eastern District of California.

DATED: _____.

                                                  _____
                                                  Plaintiff