IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. ELLIS,

        Plaintiff,                    No. CIV S-06-1189 MCE DAD P

    vs.

TOM CAREY, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with this action. By order filed June 7, 2006, plaintiff was required to complete, within thirty days, a notice of submission of documents, one summons, and two USM-285 forms, and to return all of the completed documents to the court with three copies of plaintiff's complaint. The order specified that all documents were to be submitted at the same time.

        On June 16, 2006, the court received from plaintiff a completed summons and two completed USM-285 forms. Plaintiff did not submit the notice of submission of documents or any copies of his complaint. Plaintiff will be granted fifteen days to complete the notice of submission of documents attached to this order and to return the completed, signed notice to the court with three true and exact copies of the complaint that was sent to plaintiff with the court's order filed June 7, 2006.

1  IT IS HEREBY ORDERED that within fifteen days from the date of this order,
2  plaintiff shall complete and sign the attached Notice of Submission of Documents and submit it
3  to the court with three copies of the complaint that was sent to plaintiff with the court's order
4  filed June 7, 2006. Plaintiff's failure to comply with this order will result in a recommendation
5  that this action be dismissed.
6  DATED: June 27, 2006.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
elli1189.8f

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. ELLIS,

        Plaintiff,                    No. CIV S-06-1189 MCE DAD P

    vs.

TOM CAREY, et al.,               NOTICE OF SUBMISSION

        Defendants.             OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       _____     <u>three</u> true and exact copies of the complaint as filed in the United States District Court for the Eastern District of California.

DATED: _____.

                                                    _____

                                                    Plaintiff