IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. ELLIS,

      Plaintiff,                      No. CIV S-06-1189 MCE DAD P

    vs.

TOM CAREY, et al.,

      Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By an order filed June 28, 2006, this court ordered plaintiff to complete, sign and return, within fifteen days, the Notice of Submission of Documents form that was attached to the court's order together with three copies of the complaint that was sent to plaintiff with the court's order filed June 7, 2006. Plaintiff was forewarned that failure to do so would result in a recommendation that this action be dismissed. The time period has since passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file

1

1 written objections with the court. The document should be captioned "Objections to Findings
2 and Recommendations." Plaintiff is advised that failure to file objections within the specified
3 time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153
4 (9th Cir. 1991).
5 DATED: July 26, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
elli1189.fusm