IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. ELLIS,

      Plaintiff,                           No. CIV S-06-1189 MCE DAD P

    vs.

TOM CAREY, et al.,

      Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with this action. In findings and recommendations filed July 27, 2006, the undersigned has recommended that this action be dismissed without prejudice due to plaintiff's failure to submit all of the documents required for service of process on two defendants. The filings received from plaintiff on August 3, 2006, and August 14, 2006, are construed by the undersigned as objections to the findings and recommendations.

        Plaintiff's objections do not fully explain his failure to comply with the court's June 7, 2006 order or seek an extension of time to do so. Plaintiff is advised that the court did not receive the notice of submission form dated July 15, 2006, until he submitted it as an attachment to another filing on August 3, 2006. The court's records reflect that the Clerk received one document from plaintiff on July 18, 2006, but the document was a one-page filing

1

1  dated July 16, 2006, concerning the amended complaint previously filed in <u>Ellis v. Runnels</u>, case
2  No. CIV S-06-0040 FCD EFB, on June 12, 2006.  In the interests of justice, however, the
3  undersigned will vacate the findings and recommendations filed July 27, 2006, and permit
4  plaintiff to proceed.
5        Plaintiff is advised that a party who is unable to comply with a court order, in
6  whole or in part, must either apply to the court for an extension of time to comply or seek such
7  other relief as may be appropriate.  Plaintiff is also cautioned that every change of address must
8  be reported to the court as soon as possible in a document titled "Notice of Change of Address."
9  A separate notice must be filed in each pending case.
10       In accordance with the above, IT IS HEREBY ORDERED that this court's
11 findings and recommendations filed July 27, 2006, are vacated.
12 DATED: November 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
elli1189.vac