IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT J. ELLIS,

      Plaintiff,                        No. CIV S-06-1189 MCE DAD P

    vs.

TOM CAREY, et al.,

      Defendants.                <u>ORDER</u>

_____/

        On December 13, 2006, plaintiff filed a motion for reconsideration of this court's June 28, 2006 order. The order in question provided that if plaintiff did not complete and sign the Notice of Submission of Documents and submit it to the court with three copies of his complaint, the court would recommend that the action be dismissed. Plaintiff is advised that, on November 29, 2006, the court accepted plaintiff's submission of documents and served defendants Tom Carey and J. Jones. In addition, the court did not recommend that this action be dismissed. Accordingly, plaintiff's motion for reconsideration will be denied as unnecessary.

/////

/////

/////

/////

1

1   Good cause appearing, IT IS HEREBY ORDERED that plaintiff's December 13,
2   2006 motion for reconsideration is denied as unnecessary.
3   DATED: April 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
elli1189.mrec